IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

PRISON LEGAL NEWS,

    Plaintiff,

v.                                  CASE NO.: 4:12-CV-239-MW/CAS

THE GEO GROUP, INC., et al.,

    Defendants.

_____/

## ORDER GRANTING MOTION RELIEVING PARTIES FROM REQUIRED MEDIATION

The Court has considered, without hearing, Plaintiff's Motion to be Relieved from Mediation, ECF No. 111, filed January 18, 2013. In light of the history of the case and prior litigation, mediation appears to be pointless and would serve only to impose unneeded expenses on the parties. Accordingly, the Court grants the motion relieving the parties from required mediation set forth in the Scheduling and Mediation Order, ECF No. 70.

SO ORDERED on January 22, 2013.

                                                       s/Mark E. Walker
                                                       United States District Judge