UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
Tallahassee Division

Case No: 4:12-cv-239-RH/CAS

| | |
|---|---|
| PRISON LEGAL NEWS, a project of the HUMAN RIGHTS DEFENSE CENTER, a not-for-profit, Washington charitable corporation, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| THE GEO GROUP, INC., a Florida Corporation, CORRECTIONS CORPORATION OF AMERICA, a Tennessee Corporation, registered in and doing business in the state of Florida, and KENNETH S. TUCKER, in his official capacity as Secretary of the Florida Department of Corrections, | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**JOINT STIPULATION OF DISMISSAL OF DEFENDANTS THE GEO GROUP, INC. AND CORRECTIONS CORPORATION OF AMERICA**

Plaintiff Prison Legal News (PLN), jointly with Defendants The GEO Group, Inc. (GEO) and Corrections Corporation of America (CCA), by and through undersigned counsel, hereby stipulate to the dismissal, with prejudice, of Defendants GEO and CCA only.  The parties have reached a settlement agreement, and wish to resolve their dispute without further litigation.  Each party is to bear its own attorneys' fees and costs.  This dismissal does not implicate Defendant Michael Crews, in his official capacity as Secretary of the Florida Department of Corrections, and the case should thus remain open and pending against him.

{07065909;1}

Respectfully submitted,

Randall C. Berg, Jr., Esq.
Florida Bar No. 318371
Dante P. Trevisani, Esq.
Florida Bar No. 72912
Florida Justice Institute, Inc.
3750 Miami Tower
100 S.E. Second Street
Miami, Florida 33131-2309
305-358-2081
305-358-0910 (FAX)
RBerg@FloridaJusticeInstitute.org
DTrevisani@FloridaJusticeInstitute.org

Randall C. Marshall, Esq.
Florida Bar No. 181765
American Civil Liberties Union Found. of Fla.
4500 Biscayne Blvd.
Suite 340
Miami, Florida 33137
786-363-2700
786-363-1108 (FAX)
E-mail: RMarshall@aclufl.org

Lance Weber, Esq.
Human Rights Defense Center
P.O. Box 2420, Brattleboro, VT 05303
802-579-1309
866-228-1681 (FAX)
E-Mail: lweber@humanrightsdefensecenter.org

By:     *s/Randall C. Berg, Jr.*
        Randall C. Berg, Jr., Esq.

Attorneys for the Plaintiff

John A. Schifino, Esq.
Burr & Forman LLP
201 North Franklin Street
Suite 3200
Tampa, FL 33602
813-221-2626
Email: jschifino@burr.com
Counsel for Defendant CCA

By:     *s/John A. Schifino*
        John A. Schifino, Esq.
        Florida Bar No. 72321

Scott J. Seagle, Esq.
Coppins Monroe Adkins & Dincman, P.A.
1319 Thomaswood Dr. (32308)
Post Office Drawer 14447
Tallahassee, FL 32317
Office: 850-422-2420
Fax: 850-422-2730
sjseagle@coppinsmonroe.com
Counsel for Defendant GEO

By:     *s/Scott J. Seagle*
        Scott J. Seagle, Esq.
        Florida Bar No. 57158

{07065909;1}

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 29, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

By:  *s/Randall C. Berg, Jr.*
Randall C. Berg, Jr., Esq.

## SERVICE LIST

Susan A. Maher, Esq.
Cedell Ian Garland, Esq.
Lance Neff, Esq.
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone:  (850) 414-3300
Facsimile:  (850) 488-4872
E-mail:  susan.maher@myfloridalegal.com
Email: Cedell.Garland@myfloridalegal.com
Email: Lance.Neff@myfloridalegal.com
Counsel for Kenneth S. Tucker, in his official capacity as Secretary of the Florida Department of Corrections

John A. Schifino
Burr & Forman LLP
201 North Franklin Street
Suite 3200
Tampa, FL 33602
813-221-2626
Email: jschifino@burr.com
Counsel for Defendant Corrections Corporation of America

Scott J. Seagle
COPPINS MONROE ADKINS & DINCMAN, P.A.
1319 Thomaswood Dr. (32308)

{07065909;1}

Post Office Drawer 14447
Tallahassee, FL 32317
Office: 850-422-2420
Fax: 850-422-2730
sjseagle@coppinsmonroe.com

{07065909;1}