UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
Tallahassee Division

Case No: 4:12-cv-239-MW/CAS

| | |
|---|---|
| PRISON LEGAL NEWS, a project of the HUMAN RIGHTS DEFENSE CENTER, a not-for-profit, Washington charitable corporation, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| THE GEO GROUP, INC., et al. | ) ) |
| Defendants. | ) ) ) |

## UNSWORN DECLARATION OF DUANE DYAR

1. My name is Duane Dyar. I am over the age of 18 and make this declaration of my own personal knowledge.

2. My educational background is as follows: Bachelor of Science, Business Administration University of Dayton, Master of Business Administration University of Phoenix.

3. My professional background is as follows: Business professional in the technology industry with over 19 years of experience working at various software development firms. In my career I have run product help desks, network operations, and engineering software development teams on multiple operating systems including Windows, UNIX, System i and System z.

4. I am currently employed as a Vice President of Operations at Millicorp. My job responsibilities include overseeing the NOC (Network Operations Center), sales and operations, customer service, billing and working in conjunction with product development on the design and functional requirements for our various telecommunication solutions. Millicorp is a registered telecommunications provider with the Federal Communications Commission (FCC).

5. Thus, I have extensive experience in understanding the underlying architecture, infrastructure and systems that run VoIP telecommunications networks.

6. Currently, Millicorp operates a service called ConsCallHome. Millicorp is an inter-connected VoIP (Voice Over Internet Protocol) provider and provides a number of telecommunication services in addition to ConsCallHome. The ConsCallHome service provides the friends and family of someone who has been incarcerated with a local phone number near a prison facility to help decrease the overall telecommunications cost. In this scenario instead of the inmate dialing a long distance number they dial a local number which is terminated using packet switched routing to the end user's telephone number. This is achieved using industry standard IP based routers and switching gear similar to those used by Tier 1 telecommunication carriers such as AT&T and Vonage. The call is not "transferred," "forwarded," or "diverted." When an inmate dials the local number, it goes directly to the end user it is assigned to. The Florida Department of Corrections (FDOC) gets the exact same information about the person on the other end as it does with any other call. It does not get around the current prison phone service provider and all the existing security measures such as call recording are still in place. It just provides a local number rather than a long distance number, to reduce the financial strain on inmates and their families. The inmate still has to provide the phone number to the FDOC for placement on the inmate's approved list, and if the FDOC or the phone operator attempted to

verify who a call to that number was going to, they would be able to discover the name and address of the individual on the outside to whom the call is actually going. Information about the end user is provided to industry-standard databases in the same way as any typical phone line. Thus, there are no more security risks with these calls than other calls. This service is not three way calling, and it is not call forwarding.

7. Call forwarding is a feature on a telephone network that lets an incoming call to a called party be diverted to a third party. Call forwarding is a phone system feature that needs to be enabled by the end user and typically a forwarded phone line will indicate this condition by a stutter dial tone. This stutter dial tone is one method that allows the prison phone providers to detect call forwarding in their telecommunication systems. Our service is not call forwarding and this feature set has been disabled at the switch and is not available for any of our customers using our ConsCallHome service. Our phone numbers that are issued to our customers terminate to a single physical address just as the telephone numbers assigned by legacy plain old telephone service (POTs) providers terminate to a single physical address.

8. Our ConsCallHome service is also not three way calling. Three way calling is typically defined as adding a third party to your phone conversation without the assistance of a telephone operator. In this scenario person A calls person B and then either person A or person B utilizes a phone feature to conference in person C. For example, the iPhone does this using the "merge" feature. That is not what happens with our service. With our ConsCallHome service person A calls person B and the call is connected via packet switching and the call is immediately terminated to person B. At no point in time is a third person on the phone line.

9. Millicorp has advertised the ConsCallHome service in *Prison Legal News* in the past. I'm generally familiar with several other call services that advertise in *Prison Legal News*,

and without reviewing their proprietary systems can only assume they function in a similar manner to ours. I'm not aware of any services advertising in *Prison Legal News* that offer call forwarding or three-way calling services.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Duane Dyar
Date: 3/6/13