UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
Tallahassee Division

Case No: 4:12-cv-239-MW/CAS

PRISON LEGAL NEWS,                                              )
a project of the HUMAN RIGHTS DEFENSE CENTER,                   )
a not-for-profit, Washington charitable corporation,            )
                                                                )
    Plaintiff,                                                )
                                                                )
v.                                                              )
                                                                )
THE GEO GROUP, INC., et al.                                     )
                                                                )
    Defendants.                                               )
_____)

## EXHIBIT LIST FOR PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

1. Wright Declaration
2. Sample Issues of *Prison Legal News*
3. Order, Findings of Fact and Conclusions of Law, Case No. 3:04-CV-14-J-16JHM/TEM (M.D. Fla. July 28, 2005)
4. Complaint, Case No. 3:04-CV-14-J-16JHM/TEM (DE 1)
5. Def. Mot. Summ. J., Case No. 3:04-CV-14-J-16JHM/TEM (DE 14),
6. Order on Def. MSJ, Case No. 3:04-CV-14-J-16JHM/TEM (DE 30) (M.D. Fla. Nov. 16, 2004),
7. Def. Resp. to Pl. Mot. Summ. J., Case No. 3:04-CV-14-J-16JHM/TEM (DE 43) (M.D. Fla. April 8, 2005)
8. Previous Rule 33-501.401(4)
9. Def. Trial Brief, Case No. 3:04-CV-14-J-16JHM/TEM (M.D. Fla.) (DE 58)
10. Amended Rule 33-501.401
11. LRC Decisions
12. LRC Meeting Minutes
13. Def. Amended Resp. to Pl. First. Req. for Admissions
14. Sales Receipt for Guerilla Handbook
15. Letter from LRC
16. FDOC's Resp. to Pl. First Interrogatories
17. Bohrer Emails
18. Upchurch Rule 30(b)(6) deposition

19. Febus Declaration
20. Miller Declaration
21. Sample Notice of Impoundment
22. Hughes Rule 30(b)(6) Dep.
23. Moore Deposition
24. FDOC Emails During Rulemaking
25. Securus Contract
26. Securus Website Printout
27. Dyar Declaration
28. Millicorp Comments in FCC Proceeding WC 09-144
29. Sample "Business" Advertisement
30. Sample Phone Advertisement
31. Exhibit List

{07067973;1}