**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**PRISON LEGAL NEWS,**

    **Plaintiff,**

v.                                      **CASE NO. 4:12-cv-239-MW/CAS**

**MICHAEL D. CREWS, in his official
capacity as Secretary of the Florida
Department of Corrections,**

    **Defendant.**
_____/

**ORDER GRANTING MOTION TO CONSTRUE
LEVITAN'S OBJECTION AND MEMORANDUM AS
A MOTION FOR RECONSIDERATION AND
<u>DENYING THE MOTION FOR RECONSIDERATION</u>**

This Court has considered, without hearing, the Motion to Construe Daniel J. Levitan's Objection and Memorandum of Law to Defendant Crew's Response in Opposition to Motion to Intervene as a Motion for Reconsideration, ECF No. 175, filed December 13, 2013. The motion to construe as a motion for reconsideration, ECF No. 175, is **GRANTED.**

Upon consideration of the Objection and Memorandum of Law filed by Daniel J. Levitan, the motion for reconsideration, ECF NO. 174, is **DENIED.**

**SO ORDERED on January 2, 2014.**

<pre>                                    s/Mark E. Walker                    
                                    United States District Judge</pre>