IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

```
PROVIDED TO
HOLMES CI ON
JAN 0 6 2014
FOR MAILING
```

DANIEL J. LEVITAN,
    Intervenor,
PRISON LEGAL NEWS,
    Plaintiff,

v.                                         Case No: 4:12-CV-239-MW/CAS

MICHAEL D. CREWS, in
his Official Capacity as
Secretary of the
Florida Department of Corrections
    Defendant.
_____/

## NOTICE OF APPEAL

Notice is hereby given that DANIEL J. LEVITAN, Intervenor, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Order Denying Motion to Intervene by right and denying motion to be joined as a plaintiff party (Doc# 170). *See*, Attachment A, entered in this action on December 4, 2013.

                                              Respectfully Submitted,

                                              Daniel J. Levitan, *pro se*
                                              DC# 650607 – Legal Mail
                                              Holmes Correctional Institution
                                              3142 Thomas Drive
                                              Bonifay, FL 32425-4238

Dated: 1/6/14

_____
DANIEL J. LEVITAN

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY under the penalties provided for perjury that a true and correct copy of the foregoing Notice of Appeal is hereby filed and served by placing this notice in the hands of prison officials for mailing to:

Dante Pasquale Trevisani, Esq.
Florida Justice Institute, Inc.
100 S.E. 2nd Street
Bank of America Tower – 3750
Miami, FL 33131

Lance Theodore Weber, Esq.
Human Rights Defense Center
1037 Western Avenue
Second Floor
P.O. Box 2420
West Brattleboro, v. State 05301

Benjamin James Stevenson, Esq.
ACLU-Northwest Florida
2 West Garden Street
P.O. Box 12723
Pensacola, FL 32591-2723

Susan Adams Maher, Asst. A.G.
Office of the Attorney General
The Capitol – PL01
Tallahassee, FL 32399-1050

Lance Eric Neff, Asst. A.G.
Office of the Attorney General
The Capitol – PL01
400 S. Monroe Street
Tallahassee, FL 32399

Cedell Ian Garland, Asst. A.G.
Office of the Attorney General
The Capitol – PL01
400 S. Monroe Street
Tallahassee, FL 32399

Janie Zysk Isani, Esq.,
Thomas R. Julin, Esq.,
Hunton & Williams, LLP
1111 Brickell Avenue – Suite 2500
Miami, FL 33131

on this 6th day of January 2014.

_____
DANIEL J. LEVITAN

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

PRISON LEGAL NEWS,

    Plaintiff,

v.                                                                  CASE NO. 4:12-cv-239-MW/CAS

MICHAEL D. CREWS, in his
official capacity as Secretary of the
Florida Department of Corrections,

    Defendant.
_____/

## ORDER DENYING MOTION TO INTERVENE

This Court has considered, without hearing, Daniel J. Levitan's motion to intervene and be joined as a plaintiff party, ECF No. 170, filed on November 21, 2013. For a number of reasons, including but not limited to those identified below, the motion is denied.

With regard to intervention of right under Federal Rule of Civil Procedure 24(a), Mr. Levitan has expressed a concern, but has not shown in any way, that Prison Legal News cannot adequately represent his interest in this case. *See, e.g., Angel Flight of Ga., Inc. v. Angel Flight Am., Inc.*, 272 F. App'x 817, 819 (11th Cir. 2008) ("In order for a party to intervene as a matter of right under Rule 24(a), it must establish . . . the party's interest is represented inadequately by the existing parties to the suit."); *Georgia v. U.S. Army Corps of Eng'rs*, 302 F.3d 1242, 1250

1

(11th Cir. 2002) ("The proposed intervenor [as of right] must show . . . that existing parties in the suit cannot adequately protect [its] interest."). To the contrary, Prison Legal News's interests are aligned with those of Mr. Levitan, and it argues the same violations of First, Fifth, and Fourteenth Amendment rights which are argued by Mr. Levitan. Prison Legal News is well-represented by counsel, and this Court further granted leave and has received an amicus brief from outside counsel on these constitutional issues. Therefore, Mr. Levitan has no right to intervene.

With regard to permissive intervention under Federal Rule of Civil Procedure 24(b), Prison Legal News and Michael D. Crews, in his official capacity, filed cross motions for summary judgment and fully briefed the issues over eight months ago. Mr. Levitan's intervention and joinder at this late stage in this case could not be meaningful without unduly delaying its adjudication and prejudicing the existing parties. *See, e.g., Mt. Hawley Ins. Co. v. Sandy Lake Properties, Inc.*, 425 F.3d 1308, 1312 (11th Cir. 2005) ("'Permissive intervention . . . is appropriate where . . . the intervention will not unduly prejudice or delay the adjudication of the rights of the original parties.'" (quoting *Georgia*, 302 F.3d at

2

1250)). Therefore, Mr. Levitan may not permissively intervene.

For these reasons,

IT IS ORDERED:

The motion is **DENIED.**

**SO ORDERED on December 4, 2013.**

s/Mark E. Walker
**United States District Judge**
