IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**PRISON LEGAL NEWS,**

    Plaintiff,

v.                                      CASE NO. 4:12-cv-239-MW/CAS

**MICHAEL D. CREWS,**

    Defendant.

_____/

## ORDER ACKNOWLEDGING DISMISSAL OF INTERLOCUTORY APPEAL

This Court has considered, without hearing, the Notice of Withdrawing Motion to Proceed on Appeal *in Forma Pauperis*, ECF No. 189, filed March 26, 2014, by Daniel Levitan. While this Court already found Mr. Levitan indigent for purposes of appeal, ECF No. 187, this Court notes that Mr. Levitan has filed a Notice of Voluntary Dismissal of his appeal with the Eleventh Circuit Court of Appeals, Case No. 14-10167, and thus Mr. Levitan's status on appeal is moot. Accordingly, this Court need take no further action with respect to Mr. Levitan or his motion to intervene.

More importantly, this Court need no longer consider whether Mr. Levitan's interlocutory appeal divested this Court of jurisdiction. The pending motions shall

1

be set for hearing forthwith.

**SO ORDERED on March 27, 2014.**

<u>s/Mark E. Walker</u>
**United States District Judge**
