UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**PRISON LEGAL NEWS,**

       **Plaintiff,**

v.                                            Case No. 4:12cv239-MW/CAS

**JULIE L. JONES,**
**Secretary, Fla. Dept. of Corrections,**

       **Defendant.**
_____/

## DEFENDANT'S NOTICE OF APPEAL

Defendant **Julie L. Jones**, Secretary, Florida Department of Corrections, through undersigned counsel, gives notice of her appeal to the United States Court of Appeals for the Eleventh Circuit. Secretary Jones appeals the August 27, 2015 judgment [Doc. 252]; the August 27, 2015 order [Doc. 251]; and the August 11, 2014 order [Doc. 195].

                                             Respectfully Submitted,

                                             **PAMELA JO BONDI**
                                             **ATTORNEY GENERAL**

                                             /s/ Lance Eric Neff
                                             LANCE ERIC NEFF
                                             Senior Assistant Attorney General
                                             Florida Bar No. 26626
                                             Lance.Neff@myfloridalegal.com
                                             Office of the Attorney General
                                             The Capitol, Suite PL-01
                                             Tallahassee Florida 32399-1050
                                             Telephone: (850) 414-3300

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically through the court's CM/ECF system to all counsel of record on this 18th day of September, 2015.

/s/ Lance Eric Neff
LANCE ERIC NEFF
Senior Assistant Attorney General