| Name (Deponent) | Pages (1st Am.) | Rate/page | Total |
|---|---|---|---|
| Mark Henry | 68 | $4.00 | $272.00 |
| Margaret Savage, 02/21/13 | all | | $418.00 |
| Jason Ellis | 28 | $4.00 | $112.00 |
| Sheile Salter | 22 | $4.00 | $88.00 |
| E. Eugene Miller | all | | $870.20 |
| James Upchurch, 01/24/13 | all | | $257.24 |
| Allen Overstreet | all | | $153.40 |
| James Upchurch, 02/21/13 | all | | $355.60 |
| James Upchurch, 10/09/14 | all | | $114.80 |
| Meg Savage, 10/16/14 | all | | $111.05 |
| Paul Wright, 01/30/13 | all | | $1,807.05 |
| Paul Wright, 10/06/14 | 37 | $3.00 | $111.00 |
| | | Total | $4,670.34 |

| Transcripts | Pages (1st Am.) | Rate/page | Total |
|---|---|---|---|
| Day 1 | 256.0 | $4.25 | $1,088.00 |
| Day 2 | 142.5 | $4.25 | $605.63 |
| Day 3 | 253.5 | $4.25 | $1,077.38 |
| | | Total | $2,771.00 |

| | | |
|---|---|---|
| | TOTAL: | $7,441.34 |

Def. Ex. B