# Invoice

**ASSOCIATED COURT REPORTERS**
of the First Judicial Circuit, Inc.
Milton Historic District
5216 Willing Street
Milton, FL 32570

(850)626-0043
www.MiltonReporters.com

RECEIVED
13 MAR -7 AM 9:58
ATTORNEY GENERAL OFFICE
GENERAL LEGAL SERVICES

OK to pay /s/

| Date | Invoice # |
|---|---|
| 03/05/2013 | 0271303 |

**Bill To**

Office of the Attorney General
C. Ian Garland, Esquire
Corrections Litigation Bureau
PL 01 The Capitol
400 S. Monroe Street
Tallahassee, FL 32399-1050

Court Reporter: MO

| Activity | Quantity | Rate | Amount |
|---|---|---|---|
| • Prison Legal News v. The Geo Group, Inc., Corrections Corporation of America and Kenneth S. Tucker  Case no: 4:12-cv-239-RH/CAS  • January 23, 2013  9:00 a.m.  Deposition of: Mark Henry 9:19 - 11:35   104 pages | | | |
| • Transcript of Deposition   Original and .pdf w/ scanned exhibits | 104 | 4.00 | 416.00 |
| • Exhibits | 52 | 0.25 | 13.00 |

AG: L11-4-8644
CASE: 4:12-CV-239
Contract: R9419
LOA - 1

I certify, by evidence of my signature below, the above information is true and correct; the goods and services have been satisfactorily received and payment is now due. I understand that the office of the State Chief Financial Officer reserves the right to require additional documentation and/or to conduct periodic post-audits of any agreements.

_[signature]_  03/08/2013
Signature       Date

Thank you!!
Melissa A. Odom, RDR, FPR

**Total    $429.00**

(850)626-0043    associatedcourt@peoplepc.com    FEIN: 59-3346228

## Florida Office of the Attorney General
### Receiving Report

Requisition #: 075297
P.O. #: visact

Notes by Requestor

Notes by Accounting and Purchasing
☒ Completed 03/13/2013 by Fred Brown
PAID $418.00 VISA 3/13/13 FB

Ordered on Requisition:

| Qty | Unit | Description |
|---|---|---|
| 1 | each | Scope of Service: Court Reporting and Transcript services for Deposition of Expert Witness, Margaret Hayes Savage<br><br>AG# - L11-4-8644 - Prison Legal News (PLN), a project of the Human Rights Defense Center, a not-for-profit, Washington charitable corporation [DO NOT BILL RISK -- DECLARATORY AND INJUNCTIVE ONLY] v. The GEO Group, Inc., a Florida Corporation, Corrections Corporation of America, a Tennessee Corporation, registered in and doing business in the state of Florida, Kenneth S. Tucker, in his official capacity as Secretary of the Florida Department of Corrections and Larry Mayo, in his official capacity as Warden of Everglades Correctional Institution; William Churchwell, in his official capacity as Warden of Dade Correctional Institution; and Norman Jenkins, in his official capacity as Warden of Homestead Correctional Institution<br>U.S. Northern District - Tallahassee - Crt #4:12-CV-00239-RH-CAS [Venue transfer from USDC Southern District - Miami, Case No. 1:11-CV-24145-PAS to USDC Northern District - Pensacola, Case No. 3:12-CV-00152-RV-EMT; then to USDC Northern District Tallahassee]<br>Susan Maher<br><br>Certified Copy of Transcript:<br>108 pages = $351.00<br>Exhibit 42 pgs = $42.00<br>Shipping  = $25.00<br><br>Total - $418.00<br>Commodity: |

History of Filed Receiving Reports:

Receiving Report filed by Cheryl Trice 02/28/2013.
02/28/2013 1 each   Scope of Service: Court Reporting and Transcript services for Deposition of Expert Witness, Margaret Hayes Savage

AG# - L11-4-8644 - Prison Legal News (PLN), a project of the Human Rights Defense Center, a not-for-profit, Washington charitable corporation [DO NOT BILL RISK -- DECLARATORY AND INJUNCTIVE ONLY] v. The GEO Group, Inc., a Florida Corporation, Corrections Corporation of America, a Tennessee Corporation, registered in and doing business in the state of Florida, Kenneth S. Tucker, in his official capacity as Secretary of the Florida Department of Corrections and Larry Mayo, in his official capacity as Warden of Everglades Correctional Institution; William Churchwell, in his official capacity as Warden of Dade Correctional Institution; and Norman Jenkins, in his official capacity as Warden of Homestead Correctional Institution
U.S. Northern District - Tallahassee - Crt #4:12-CV-00239-RH-CAS [Venue transfer from USDC Southern District - Miami, Case No. 1:11-CV-24145-PAS to USDC Northern District - Pensacola, Case No. 3:12-CV-00152-RV-EMT; then to USDC Northern District Tallahassee]

Susan Maher

Certified Copy of Transcript:
108 pages = $351.00
Exhibit 42 pgs = $42.00
Shipping    = $25.00

Total - $418.00

# Invoice

**ASSOCIATED COURT REPORTERS**
of the First Judicial Circuit, Inc.
Milton Historic District
5216 Willing Street
Milton, FL 32570

(850)626-0043
www.MiltonReporters.com

| | |
|---|---|
| Date | Invoice # |
| 02/27/2013 | 0291302 |

Bill To

Office of the Attorney General
C. Ian Garland, Esquire
Corrections Litigation Bureau
PL 01 The Capitol
400 S. Monroe Street
Tallahassee, FL 32399-1050

Court Reporter
MO

| Activity | Quantity | Rate | Amount |
|---|---|---|---|
| • Prison Legal News v. The Geo Group, Inc., Corrections Corporation of America and Kenneth S. Tucker<br>Case no: 4:12-cv-239-RH/CAS<br>• January 23, 2013   1:00 p.m.<br><br>Deposition of: Jason T. Ellis 12:19 - 1:10   35 pages<br>Sheile R. Salter 1:10 - 1:45   36 pages<br>• Transcripts available but not ordered.<br>• Transcript of Deposition<br>Original and One and .pdf w/ scanned exhibits | 71 | 4.00 | 284.00 |
| • Exhibits | 21 | 0.25 | 5.25 |
| • Postage/Delivery | 1 | 10.00 | 10.00 |

AG: L11-4-8644
CASE: 4:12-CV-239
contract: R9419
LOA: 1

I certify, by evidence of my signature below, the above information is true and correct; the goods and services have been satisfactorily received and payment is now due. I understand that the office of the State Chief Financial Officer reserves the right to require additional documentation and/or to conduct periodic post-audits of any agreements.

_signature_  03/08/2013
Signature    Date

OK to pay
7 Mar 13
LEN

Total  $299.25

Thank you!!

Melissa A. Odom, RDR, FPR

(850)626-0043     associatedcourt@peoplepc.com     FEIN: 59-3346228

# INVOICE



Offices Nationwide
Questions? (866) 448 - DEPO (3376)

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 106680 | 3/1/2013 | 81664 |
| Job Date | Case No. | |
| 2/20/2013 | 4:12CV239-MW/CAS | |

**Case Name**

Prison Legal News, etc. vs. The Geo Group, Inc., etc., et al.

**Payment Terms**

Due upon receipt

Cedell Ian Garland
United States Attorney's Office, Northern District of Florida
111 N. Adams Street
4th Floor
Tallahassee, FL 32301

ORIGINAL TRANSCRIPT OF:
E. Eugene Miller                    140.00 Pages    @    5.93    830.20
  Electronic Transcript Via Email                              0.00     0.00
  Shipping (Open Market)                                      40.00    40.00

TOTAL DUE >>>    $870.20

GO GREEN with Capital! Receive a $10.00 credit on each invoice when you order an electronic transcript only.

Pay your bill online at www.capitalreportingcompany.com and save on credit card processing fees of 2.5% for MasterCard/Visa or 3% for American Express! Or you can remit payment to our Washington, D.C. address below.

*4 Day Expedite

AG: 411-4-8644
CASE: 4:12-CV-239
Contract: R9419
LOA: 1

I certify, by evidence of my signature below, the above information is true and correct; the goods and services have been satisfactorily received and payment is now due. I understand that the office of the State Chief Financial Officer reserves the right to require additional documentation and/or to conduct periodic post-audits of any agreements.

Signature       03/08/2013  Date

ATTORNEY GENERAL
GENERAL LEGAL SERVICES
13 MAR -6  PM 12:48
RECEIVED

Tax ID: 20-0203552                                    Phone: 850.942.8430   Fax:

*Please detach bottom portion and return with payment.*

Cedell Ian Garland
United States Attorney's Office, Northern District of Florida
111 N. Adams Street
4th Floor
Tallahassee, FL 32301

OK to pay
7 Mar 13
LEN

Job No.    : 81664         BU ID    :7-GSA
Case No.   : 4:12CV239-MW/CAS
Case Name  : Prison Legal News, etc. vs. The Geo Group, Inc., etc., et al.
Invoice No.: 106680        Invoice Date :3/1/2013
Total Due  : $ 870.20

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Capital Reporting Company**
          1821 Jefferson Place, NW
          3rd Floor
          Washington, DC 20036

## ACCURATE STENOTYPE REPORTERS, INC.

2894 REMINGTON GREEN LANE
TALLAHASSEE, FL  32308
TELEPHONE: 850/878-2221
FAX: 850/878-2254
FEDERAL I.D. NO.  59-2708168

RECEIVED 2013 MAR 18 P 3:25

OK to Pay /s/

IAN GARLAND
OFFICE OF THE ATTORNEY GENERAL
400 S. MONROE STREET
THE CAPITOL-PL-01
TALLAHASSEE, FL. 32399
850-414-3300

February 8, 2013

Invoice# GA01243

Balance:     $694.15

Re: PRISON LEGAL NEWS V THE FDOC GROUP
    AD AG'S OFFICE
    on 01/24/13

### Invoicing Information

| Charge Description | Amount |
|---|---|
| APPEARANCE: DEPOS OF BELOW 01/24-01/25  [3/21 @ 2.36] | 257.24 |
| TRANSCRIPT: COPY-UPCHURCH, 109 PGS | 92.04 |
| TRANSCRIPT: COPY-HUGHES, 39 PGS | 153.40 |
| TRANSCRIPT: COPY-OVERSTREET, 65 PGS | 54.28 |
| TRANSCRIPT: COPY-GREEN, 23 PGS | 61.36 |
| TRANSCRIPT: COPY-MILLIKEN, 26 PGS | 56.64 |
| TRANSCRIPT: COPY-MOORE, 24 PGS | |

E-TRAN:
EXHIBITS: YES, 23 PGS @ 0.53                                           12.19
SHIPPING & DELIVERY: UPS                                                7.00

AG: L11-4-8644
CASE: 4:12-CV-239
Contract: R9419
LOA: 1

I certify, by evidence of my signature below, the above information is true and correct; the goods and services have been satisfactorily received and payment is now due. I understand that the office of the State Chief Financial Officer reserves the right to require additional documentation and/or to conduct periodic post-audits of any agreements.

Signature: /s/ _____ 03/18/2013
SUSAN MAHER

Please Remit  - - ->   Total Due:    $694.15

INVOICES WILL ACCRUE INTEREST @ 1.8% PER MONTH.
PAYMENT NOT CONTINGENT ON CLIENT REIMBURSEMENT.

## Accurate Stenotype Reporters, Inc.
2894-A Remington Green Lane
Tallahassee, FL 32308
Employer ID No. 59-2708168
850.878.2221

# Invoice

| DATE | INVOICE # |
|---|---|
| 3/1/2013 | 1O02213 |

**BILL TO**

Office of the Attorney General
The Capitol - PL-01
Tallahassee, FL 32399-1050

413.3300

Attention:   Lance Neff, Esq.

**JOB INFORMATION**

Prison Legal News, etc.
vs. ~~Michael D. Crews, etc.~~
Case No. 4:12-cv-239-MW/CAS
Deposition of James Upchurch
02/21/13, 9:30 - 11:10 a.m.

Reported by:  Mary Allen Neel, RPR

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| CONTRACT NO. 050202 | | | |
| Transcript - copy | 65 | 2.36 | 153.40 |
| *Transcript - expedited add-on | 65 | 2.89 | 187.85 |
| Condensed transcript - no charge | | 0.00 | 0.00 |
| Key word indexing | 7 | 1.05 | 7.35 |
| Electronic delivery - no charge | | 0.00 | 0.00 |
| Shipping/Delivery | | 7.00 | 7.00 |

*Handwritten:* Deposition was expedited due to need to have depo to meet 03/08/13 summary judgment deadline!

*Original ordered for regular delivery by the plaintiff. Expedited delivery ordered 02/26 by the defedant.

AG# L11-4-8644
CASE # 4:12-CV-239
Contract: R9419
LOA: 1

OK to Pay
4Mar13
LEN

I certify, by evidence of my signature below, the above information is true and correct; the goods and services have been satisfactorily received and payment is now due. I understand that the office of the State Chief Financial Officer reserves the right to require additional documentation and/or to conduct periodic post-audits of any agreements.

Signature  _____  03/04/2013  Date
Susan MAHER

INVOICES WILL ACCRUE INTEREST @ 1.8% PER MONTH.
PAYMENT NOT CONTINGENT ON CLIENT REIMBURSEMENT.
PLEASE RETURN YELLOW COPY WITH PAYMENT.  THANK YOU!

**Total** SPLIT  $355.60
INV. $187.85

## Accurate Stenotype Reporters, Inc.
2894-A Remington Green Lane
Tallahassee, FL 32308
Employer ID No. 59-2708168
850.878.2221

# Invoice

| DATE | INVOICE # |
|---|---|
| 3/1/2013 | 1O02213 |

**BILL TO**
Office of the Attorney General
The Capitol - PL-01
Tallahassee, FL 32399-1050

413.3300

Attention: Lance Neff, Esq.

**JOB INFORMATION**
Prison Legal News, etc.
vs. Michael D. Crews, etc.
Case No. 4:12-cv-239-MW/CAS
Deposition of James Upchurch
02/21/13, 9:30 - 11:10 a.m.

Reported by: Mary Allen Neel, RPR

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| CONTRACT NO. 050202 | | | |
| Transcript - copy | 65 | 2.36 | 153.40 |
| *Transcript - expedited add-on | 65 | 2.89 | 187.85 |
| Condensed transcript - no charge | | 0.00 | 0.00 |
| Key word indexing | 7 | 1.05 | 7.35 |
| Electronic delivery - no charge | | 0.00 | 0.00 |
| Shipping/Delivery | | 7.00 | 7.00 |

*Deposition was expedited due to need to have depo to meet 03/08/13 summary judgment deadline. SM*

*Original ordered for regular delivery by the plaintiff. Expedited delivery ordered 02/26 by the defedant.

AG# L11-4-8644
CASE# 4:12-CV-239
Contract: R9419
LOA: 1

OK to Pay
4Mar13
LEN

Susan Maher   03/04/2013

I certify, by evidence of my signature below, the above information is true and correct; the goods and services have been satisfactorily received and payment is now due. I understand that the office of the State Chief Financial Officer reserves the right to require additional documentation and/or to conduct periodic post-audits of any agreements.

INVOICES WILL ACCRUE INTEREST @ 1.8% PER MONTH.
PAYMENT NOT CONTINGENT ON CLIENT REIMBURSEMENT.
PLEASE RETURN YELLOW COPY WITH PAYMENT. THANK YOU!

**Total** SPLIT  $355.60
7B INV. $167.75

Def. Ex. C, Page 8

## ACCURATE STENOTYPE REPORTERS, INC.

2894 REMINGTON GREEN LANE
TALLAHASSEE, FL  32308
TELEPHONE: 850/878-2221
FAX: 850/878-2254
FEDERAL I.D. NO.  59-2708168

LISA TIETIG
OFFICE OF THE ATTORNEY GENERAL
400 S. MONROE STREET
THE CAPITOL-PL-01
TALLAHASSEE, FL. 32399
850-414-3300

November 10, 2014

Invoice# FA10094

Balance:     $167.60

Re: PRISON LEGAL NEWS V CREWS
    2DAYS DOC
    on 10/09/14

### Invoicing Information

| Charge Description | Amount |
|---|---|
| APPEARANCE: DEPOS OF BELWO (8-10:20) | |
| TRANSCRIPT: COPY-JAMES UPCHURCH, 41 PGS @ 2.80 | 114.80 |
| TRANSCRIPT: COPY-SHANNON MILLIKEN, 16 PGS @ 2.80 | 44.80 |

STATE CONTRACT #K03468    AG# L11-4-8644
                         CASE# 4:12-CV-239
                         Contract # R9419

E-TRAN:
EXHIBITS:
SHIPPING & DELIVERY: UPS                                          8.00

I certify, by evidence of my signature below, the above information is true and correct; the goods and services have been satisfactorily received and payment is now due. I understand that the office of the State Chief Financial Officer reserves the right to require additional documentation and/or to conduct periodic post-audits of any agreements.

_[signature]_  11/12/2014

P l e a s e   R e m i t   - - - >   Total Due:   $167.60

*INVOICES WILL ACCRUE INTEREST @ 1.8% PER MONTH.*
*PAYMENT NOT CONTINGENT ON CLIENT REIMBURSEMENT.*



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 7218 | 12/31/2014 | 2941 |
| Job Date | Case No. | |
| 10/16/2014 | 4:12-CV-239-MW/CAS | |

**Case Name**

Prison Legal News v. Michael Crews

**Payment Terms**

Payable upon receipt

Ms. Lisa Tietig
Office of the Attorney General
The Capitol, PL-01
Tallahassee FL  32399-1050

Deposition of:

| | | | | | |
|---|---|---|---|---|---|
| Meg Savage | 46.00 | Pages | @ | 2.25 | 103.50 |
| Word Index | 1.00 | Pages | @ | 0.00 | 0.00 |
| UPS Delivery | 1.00 | Quantity | @ | 7.55 | 7.55 |
| E-Mail (.pdf) | 1.00 | Quantity | @ | 0.00 | 0.00 |

TOTAL DUE >>>                                    $111.05

Thank you for choosing Infinity Reporting Company, LLC.  Your business is appreciated.

We are available 24 hours a day at (386) 675-4045.

I certify, by evidence of my signature below, the above information is true
and correct, the goods and services have been satisfactorily received
and payment is now due. I understand that the office of the State Chief
Financial Officer reserves the right to require additional documentation
and/or to conduct periodic post-audits of any agreements.

_____ 01/08/2015
Signature                Date

OK to pay 1/7/15

Tax ID: 45-3977266                                                Phone: 850-414-3300   Fax:

*Please detach bottom portion and return with payment.*

Ms. Lisa Tietig
Office of the Attorney General
The Capitol, PL-01
Tallahassee FL  32399-1050

UI-4-8644
4.12-CV-239-MW/CAS
R9419

| | |
|---|---|
| Job No.    : 2941 | BU ID    : 1-MAIN |
| Case No.   : 4:12-CV-239-MW/CAS | |
| Case Name  : Prison Legal News v. Michael Crews | |
| Invoice No. : 7218 | Invoice Date : 12/31/2014 |
| Total Due  : $ 111.05 | |

Remit To: **Infinity Reporting Company, LLC**
         915 Doyle Road, Suite 303 #302
         Deltona FL  32725

**PAYMENT WITH CREDIT CARD**    AMEX  [MC]  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

## TAYLOR REPORTING SERVICES, INC.

21 East Garden Street, Suite 200
Pensacola, Florida 32501
reporters@taylorreportingservices.com

(850)434-5954     1-800-321-5954     FAX(850)434-0053     FEDERAL ID# 59-3310211

LANCE E. NEFF, ESQUIRE
Office of the Attorney General
Finance & Accounting
PL-01
The Capitol
Tallahassee, Fl 32399-1050

2/11/2013     2/11/2013

11526

Page 1 of 1

Please reference this number when remitting

RE: PRISON LEGAL NEWS, ET AL., V. KENNETH S. TUCKER, ET AL.,
JT013013PW / JT / 8841

ORDER NO. A73C05
CASE NO. 4:12-CV-239-MW/CAS

| Date | Description | Amount |
|---|---|---|
| 1/30/2013 | DEPOSITION OF PAUL WRIGHT | |
| | APPEARANCE OF REPORTER, 1 @ 55, 4 @ 35 | $195.00 |
| | O & 1 CC: 231 @ 4.25 | $981.75 |
| | EXHIBITS : 1 @ .30 | $0.30 |
| 1/30/2013 | VIDEOTAPED DEPOSITION OF PAUL WRIGHT | |
| | FIRST HR. 1 @ 125 | $125.00 |
| | 4 HRS @ 100 | $400.00 |
| | ARCHIVAL FEE, 3 @ 35 | $105.00 |

I certify, by evidence of my signature below, the above information is true and correct; the goods and services have been satisfactorily received and payment is now due. I understand that the office of the State Chief Financial Officer reserves the right to require additional documentation and/or to conduct periodic post-audits of any agreements.

Signature   03/18/2013   Date

AG: L11-4-8644
CASE: 4:12-CV-239
Contract: R949
LOA: 1

OK to pay
LEN
11 Feb 13

Requisition # 074763
PO# PR6995077
POA73C05

Total Balance Due     $1,807.05

# INVOICE

Downtown Reporting, LLC
200 S. Andrews Avenue
Suite 604
Fort Lauderdale, FL 33301
Phone: 954-522-3376  Fax: 954-767-8811

RECEIVED
2014 DEC -2 P 3: 36
FINANCE & ACCOUNTING

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 86539 | 10/23/2014 | 115086 |
| **Job Date** | **Case No.** | |
| 10/6/2014 | 4:12-CV-239-MW/CAS | |
| **Case Name** | | |
| PRISON LEGAL NEWS V. MICHAEL D. CREWS | | |
| **Payment Terms** | | |
| | | |

Lisa Kuhlman Tietig
Attorney General's Office
The Capitol
Suite PL-01
Tallahassee, FL  32399-1050

CONTRACT NUMBER: K03455

| | | |
|---|---|---|
| JEFF ANTONIEWICZ 58 PGS @ 3.00 PP | 58.00 Pages | 174.00 |
| ORIGINAL TRANSCRIPT OF: | | |
| PAUL WRIGHT 37 PGS @ 3.00 PP | 37.00 Pages | 111.00 |
| ORIGINAL TRANSCRIPT OF: | | |
| RACHEL STEVENS 33 PGS @ 3.00 PP | 33.00 Pages | 99.00 |
| First Hour | 1 Hour @ 50.00 | 50.00 |
| Hourly | 4.00 Hours @ 25.00 | 100.00 |
| | **TOTAL DUE >>>** | **$534.00** |

Thank you.  Your business is appreciated.

PAYMENT NOT CONTINGENT ON CLIENT REIMBURSEMENT

We now accept all major credit cards.

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $534.00 |

Tax ID: 27-0861730

Phone: 850-414-3300   Fax:

*Please detach bottom portion and return with payment.*

Lisa Kuhlman Tietig
Attorney General's Office
The Capitol
Suite PL-01
Tallahassee, FL  32399-1050

Invoice No.  : 86539
Invoice Date : 10/23/2014
Total Due    : $ 534.00

Remit To: **Downtown Reporting, LLC**
**200 S. Andrews Avenue**
**Suite 604**
**Fort Lauderdale, FL  33301**

Job No.    : 115086
BU ID      : 1-MAIN
Case No.   : 4:12-CV-239-MW/CAS
Case Name  : PRISON LEGAL NEWS V. MICHAEL D. CREWS