PR# 088574

| AO44 (Rev. 11/07) | UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA |
|---|---|

INVOICE NO: 02015058

**MAKE CHECKS PAYABLE TO:**

| | |
|---|---|
| Mr. Lance E. Neff<br>Office of the Attorney General<br>PL-01 The Capitol<br>Tallahassee, FL 32399-1050<br><br>Phone: (850) 414-3300<br>FAX: (850) 488-4872<br><br>George_Waas@oag.state.fl.us | Lisa Girod Jones, RMR, CRR<br>United States Court Reporter<br>111 N. Adams St., Ste. 523<br>Tallahassee, FL 32301<br><br>Phone: (850) 513-1145<br><br>Tax ID: 26-0672496<br>lisa@lisagjones.com |

| ☐ CRIMINAL | ☒ CIVIL | DATE ORDERED: 12-11-2014 | DATE DELIVERED: 09-16-2015 |
|---|---|---|---|

Case Style: 4:12CV239, Prison Legal News v Timothy H. Cannon (FDOC)
1/5, 6, 7/2015 Transcript of Days 1 - 3 of Trial before Hon. Mark E. Walker
(Day 4 previously transcribed.)

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | 797 | 4.25 | 3,387.25 | | | | | | | 3,387.25 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

I certify, by evidence of my signature below, the above information is true and correct; the goods and services have been satisfactorily received and payment is now due. I understand that the office of the State Chief Financial Officer reserves the right to require additional documentation and/or to conduct periodic post-audits of any agreements.

Signature /  17 Sept 15  Date

Misc. Desc.          MISC. CHARGES:

AG# L11-4-8644
Court# 4:12CV00239
Con# B9419
Risk  N/A

| | |
|---|---|
| TOTAL: | 3,387.25 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| TOTAL DUE: | $3,387.25 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an orde for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE:                                                DATE  09-16-2015

(All previous editions of this form are cancelled and should be destroyed)

PDF created with pdfFactory trial version www.pdffactory.com.au

Def. Ex. D