UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
Tallahassee Division

Case No: 4:12-cv-239-MW/CAS

PRISON LEGAL NEWS,                                              )
a project of the HUMAN RIGHTS DEFENSE CENTER,  )
a not-for-profit, Washington charitable corporation,       )
                                                                                    )
      Plaintiff,                                                           )
                                                                                    )
v.                                                                                  )
                                                                                    )
JULIE L. JONES, in her official capacity as                   )
Secretary of the Florida Department of Corrections,   )
                                                                                    )
      Defendant.                                                       )
_____)

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO TAX COSTS**

Plaintiff, Prison Legal News (PLN), by and through undersigned counsel, hereby responds to Defendant's Motion to Tax Costs (ECF No. 302) and requests that the Clerk be ordered to not reopen the case and the Court suspend ruling on the pending Motion because the deadline for considering a Motion to Tax Costs is premature for the following reason.[1]

At the end of the trial and prior to the appeal, the Court granted the parties'

---

[1] It should be noted that had Defendant's counsel conferred with Plaintiff's counsel as required by Local Rule 7.1(B), N.D. Fla., he would have been reminded that the time for filing his motion was premature since the Plaintiff would be seeking certiorari.

Joint Motion to File Motion for Attorneys' Fees and Expenses, and to File Bill of Costs. ECF No. 253. This Court stated "[t]he deadline to file a motion for attorneys' fees, costs and expenses, and a Bill of Costs is extended until either 30 days after any appeal or petition for certiorari is resolved, or 30 days after the deadline to file a notice of appeal has passed if neither party has filed an appeal. The Clerk shall close the file. When and if a motion is filed for fees, costs and expenses, or a Bill of Costs, the file shall be reopened." ECF No. 254.

Plaintiff has retained appellate counsel and will timely file a Petition for Certiorari. Accordingly, the case should not be reopened and consideration of Defendant's Motion to Tax Costs should be held in abeyance until 30 days after Plaintiff's Petition for Certiorari is resolved pursuant to this Court's Order. It should also be noted that Plaintiffs disagree with Defendant's entitlement to taxable costs and will be requesting the Clerk to tax costs in Plaintiff's favor at the appropriate time.

WHEREFORE, Plaintiff PLN respectfully requests that this Court order the Clerk to not reopen the case to consider Defendant's Motion to Tax Costs until thirty days after Plaintiff's Petition for Certiorari is resolved.

**Certificate of Word Limit**. Pursuant to Local Rule 7.1(F), N.D. Fla., this Response contains 332 words.

Respectfully submitted,

| | |
|---|---|
| **Randall C. Berg, Jr.**<br>Fla. Bar No. 318371<br>RBerg@FloridaJusticeInstitute.org<br>**Dante P. Trevisani**<br>Fla. Bar No. 72912<br>DTrevisani@FloridaJusticeInstitute.org<br>Florida Justice Institute, Inc.<br>3750 Miami Tower<br>100 S.E. Second Street<br>Miami, FL 33131-2309<br>T. 305.358.2081<br>F. 305.358.0910 | **Sabarish Neelakanta**<br>Fla. Bar No. 26623<br>Human Rights Defense Center<br>P.O. Box 1151<br>Lake Worth, FL 33460<br>561.360.2523 Office<br>866.735.7136 Fax<br>E-Mail:<br>sneelakanta@humanrightsdefensecenter.org |

**Benjamin James Stevenson**
Fla. Bar. No. 598909
ACLU Found. of Fla.
P.O. Box 12723
Pensacola, FL  32591-2723
T. 786.363.2738
F. 786.363.1985
bstevenson@aclufl.org

**Nancy G. Abudu**
Florida Bar No. 111881
ACLU Foundation of Florida
4500 Biscayne Blvd., Suite 340
Miami, FL 33137
(786) 363-2700
nabudu@aclufl.org

                By:   *s/ Randall C. Berg, Jr.*
                     Randall C. Berg, Jr.
                     Counsel for Prison Legal News

## Certificate of Service

I HEREBY CERTIFY that I electronically filed today, June 19, 2018 the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all persons registered for this case on the following service list, including opposing counsel.

By: *s/ Randall C. Berg, Jr.*
Randall C. Berg, Jr., Esq.

## SERVICE LIST

Case No. 4:12CV239-MW/CAS
United States District Court, Northern District, Tallahassee Division

**Served via CM/ECF:**

Marcus Graper, Esq.
Lance Neff, Esq.
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-4872
E-mail: marcus.graper@myfloridalegal.com
Email: lance.neff@myfloridalegal.com

*Counsel for Defendant Julie Jones*