# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

**PRISON LEGAL NEWS,**

    *Plaintiff*,

v.                                              Case No. 4:12cv239-MW/CAS

**JULIE L. JONES, in her official capacity as Secretary of the Florida Department of Corrections,**

    *Defendant.*

_____/

## ORDER DENYING MOTION TO TAX COSTS

Defendant moves for an award of costs. ECF No. 302. In response, Plaintiff argues that "a Motion to Tax Costs is premature" because Plaintiff intends to seek review of the Eleventh Circuit Court of Appeal's ruling in this matter. *See* ECF No. 303. This Court agrees with Plaintiff. Indeed, this Court previously extended the deadline "to file a motion for attorneys' fees, costs, expenses, and a Bill of Costs . . . until either 30 days after any appeal or petition for certiorari is resolved . . . ." ECF No. 254. This Court extended the deadline because it does not want to

address the issues of fees, costs, and expenses in a piecemeal fashion.

Accordingly,

**IT IS ORDERED:**

Defendant's motion to tax costs, ECF No. 302, is **DENIED without prejudice**. Defendant may refile her motion after Plaintiff's petition for certiorari is resolved.

**SO ORDERED on June 20, 2018.**

<u>s/Mark E. Walker</u>
**United States District Judge**