# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

**PRISON LEGAL NEWS,**

 *Plaintiff*,

v.       Case No. 4:12cv239-MW/CAS

**MARK S. INCH, in his official capacity as Secretary of the Florida Department of Corrections,**

 *Defendant.*

_____/

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR FEES AND EXPENSES

This Court has considered, without hearing, Defendant's third Unopposed Motion for Enlargement of Time to Respond to Plaintiff's Motion for Fees and Expenses. ECF No. 335. The motion is **GRANTED**. Defendant shall respond on or before August 8, 2019.

 **SO ORDERED on July 24, 2019.**

            s/Mark E. Walker   
            **Chief United States District Judge**