# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

**PRISON LEGAL NEWS,**

    *Plaintiff*,

v.                              Case No. 4:12cv239-MW/CAS

**MARK S. INCH, in his official capacity as Secretary of the Florida Department of Corrections,**

    *Defendant.*

_____/

## ORDER ON PLAINTIFF'S MOTION TO COMPEL RULE 54.1(D) DISCLOSURE OF TIME RECORDS

The Court has considered, without hearing, Plaintiff's Motion to Compel Rule 54.1(D) Disclosure of Time Records, ECF No. 345. That motion is **GRANTED**. Defendant shall disclose his attorneys' time records no later than September 30, 2019.

**SO ORDERED on September 19, 2019.**

                                                    s/Mark E. Walker          
                                                  **Chief United States District Judge**