# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

**PRISON LEGAL NEWS,**

    *Plaintiff*,

v.   Case No. 4:12cv239-MW/CAS

**MARK S. INCH, in his official capacity as Secretary of the Florida Department of Corrections,**

    *Defendant.*

_____/

## ORDER ON PLAINTIFF'S REPLY BRIEF

Plaintiff's reply brief to Defendant's Response to Plaintiff's Motion to Determine Amount of Attorneys' Fees and Expenses shall include, in addition to any other matter Plaintiff wishes to address, briefing on the following topics: (1) whether Plaintiff's requested fees associated with press releases are compensable, and (2) whether the declaration of Dante P. Trevisani regarding the expenses sought by Plaintiff, ECF No. 329-6 at ¶ 9, and the chart of expenses, ECF No. 329-8, constitute sufficient supporting documentation. *See Johnson v. Mortham*, 173 F.R.D. 313, 318–21 (N.D. Fla. 1997).

    **SO ORDERED** on September 20, 2019.

                                            s/Mark E. Walker            
                                            **Chief United States District Judge**